IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SARAH DOLK, PERSONAL　　　　　　§
REPRESENTATIVE OF THE ESTATE　§
OF DEVD ROBERTS, Deceased,　　　§
　　　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　　　§
　　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　　§　　　CAUSE NO.1:24-CV-00088-MV-KK
　　　　　　　　　　　　　　　　　§
SCIENCE APPLICATIONS　　　　　　§
INTERNATIONAL　CORPORATION　　§
d/b/a SAIC,　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　Defendant.　　　　　　　　§

## ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice [Doc. 55]. The Court construes the Stipulation as an unopposed motion requesting an order of dismissal. The Court finds that the request is well-taken and thus will be granted.

**IT IS ORDERED** that all causes of action in Plaintiff's Complaint asserted against Defendant shall be, and hereby are, **dismissed with prejudice** pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear their own attorney's fees and costs.

DATED this 2nd day of June 2025.

MARTHA VÁZQUEZ
Senior United States District Judge